# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | |
|---|---|
| DONNA EMMONS,<br>Plaintiff | )<br>)<br>) |
| vs. | )    Civil Action No. 3:17-cv-00058 JTK<br>) |
| NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br>Defendant | )<br>)<br>) |

## ORDER

Before the Court is the Defendant's Unopposed Motion To Reverse and Remand (Doc. No. 12) to the Commissioner ("Defendant") for further administrative proceedings. Upon examination of the merits of this case, it is hereby ORDERED that this Motion be granted and this case be reversed and remanded to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED this 6th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE