IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONNA EMMONS, )
Plaintiff )
 )
vs. ) Civil Action No. 3:17-cv-00058 JTK
 )
NANCY BERRYHILL, )
Acting Commissioner of Social Security, )
Defendant )

# RULE 58 JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that this case be reversed and remanded to the Defendant for further administrative action pursuant to sentence four of §205(g) of the Social Security Act, 42 U.S.C. §405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED on this 6th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE